UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA A. BELMONTEZ,<br><br>        Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 17-03024-JDE<br><br>ORDER AWARDING ATTORNEY<br>FEES UNDER THE EQUAL<br>ACCESS TO JUSTICE ACT,<br>PURSUANT TO 28 U.S.C.<br>§ 2412(d), AND COSTS,<br>PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under 28 U.S.C. § 2412 in the amount of $2,182.76, and no costs under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation, to include the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratliff, 130 S. Ct. 2521 (2010). The Petition at Dkt. 20 is DENIED as moot in light of the Stipulation.

Dated: May 23, 2018

_____
JOHN D. EARLY
United States Magistrate Judge